UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLINTON LOVING (#3481)

VERSUS

HAMPTON STEVE LEA, ET AL.

CIVIL ACTION

NO. 13-158-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 22, 2013 (doc. no. 4). The plaintiff filed an objection to the report and essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A.

Baton Rouge, Louisiana, this 27th day of June, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA